# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAVIN SINGH, | : | Civil No. 1:20-CV-00627 |
| Petitioner, | : | |
| v. | : | |
| ANGELA HOOVER, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of April, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The petition for writ of habeas corpus filed by Petitioner Navin Singh (Doc. 1) is **DENIED** to the extent that it seeks habeas corpus relief based on the COVID-19 pandemic.[1]

2. Respondents Simona Flores, L. Francis Cissna, and William Barr are **DISMISSED** from this action.

3. On or before **May 1, 2020**, Respondents shall file a response to the petition. In that response, Respondents shall show cause, if there is any, as to why a writ of habeas corpus should not be issued. Because the petition has already been denied to the extent that it seeks relief based on the COVID-19

---

[1] The court recognizes that the circumstances surrounding the COVID-19 pandemic can change rapidly. Accordingly, although the petition is denied, the denial is without prejudice to Singh filing a renewed petition for writ of habeas corpus if his individual circumstances change with respect to the pandemic.

pandemic, the Respondent's response shall only address the argument that Singh's detention has become unreasonably prolonged. (*See* Doc. 1 at 3–9, 18–19.)

4. Singh shall have fourteen days from the date of Respondent's response to file a reply brief.

                                                  s/Jennifer P. Wilson
                                                  JENNIFER P. WILSON
                                                  United States District Court Judge
                                                  Middle District of Pennsylvania